**LODGED**
CLERK, U.S. DISTRICT COURT
11/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
11/17/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JD_____ DEPUTY

United States of America

v.

IONUT DANIEL BILEA, a.k.a. ARTURO PANCINI, and ADRIAN POPESCU,

Defendants.

Case No. 8:21-mj-00771-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 16, 2021, in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(4) | Possession of access device making equipment |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Pamela Schwartz
_____
*Complainant's signature*

Pamela Schwartz, Special Agent, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: November 17, 2021

*Karen E. Scott*
_____
*Judge's signature*

City and state: Santa Ana, California

Hon. Karen E. Scott, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA: K. Spencer

**AFFIDAVIT**

I, PAMELA SCHWARTZ, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), Orange County Resident Agency, Los Angeles Field Office, Los Angeles, California. Prior to joining the FBI, I worked as an SA for the United States Department of Agriculture from April 2011 to April 2016. I graduated from the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

2. I have been employed with the FBI since May 2016. I attended the FBI Academy in Quantico, Virginia. I am currently assigned to the White-Collar Crime Squad, and my duties include the investigation of wire fraud, mail fraud, and securities fraud matters. I received specialized training related to investigating white collar crime.

3. I have experience in conducting surveillance, analyzing financial records, interviewing witnesses, drafting affidavits for search warrants and arrest warrants, and executing arrest and search warrants and other investigative techniques.

## II. PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of a criminal complaint against and arrest warrant for IONUT DANIEL BILEA, a.k.a. ARTURO PANCINI, and ADRIAN POPESCU for possession of

access device making equipment in violation of Title 18, United States Code, Section 1029(a)(4).

5. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

6. Since approximately March 2021, the Irvine Police Department ("IPD") has received numerous reports of ATM skimming devices being installed on ATMs throughout the city of Irvine. An ATM skimming device is an electronic device that can be installed at ATM terminals to capture the credit card numbers of customers using the ATM.

Background on ATM Skimming Devices

7. Based on my training and experience, I know that ATM skimming devices, which are also known as card readers, are manually installed at walk-up or drive-thru ATM terminals. The card readers are surreptitiously inserted into the ATM card slots, and are often thin enough to go unnoticed to a lay person using an ATM. In addition to the card reader, another device is installed to obtain the PIN number. This device is often a

covert camera, referred to as a pinhole camera, that captures customers entering their PIN number.

8. An ATM skimming device is typically installed for a limited period of time, after which the subjects who installed the device will return to the ATM and remove it. Once the device is removed, the customer credit card numbers and PIN numbers are retrieved from the device and camera, respectively. Alternatively, some ATM skimming devices use bluetooth or wifi technology to transmit card numbers as they are captured. The card numbers can then be used to make online purchases or loaded on to blank cards so the perpetrators can travel to ATMs and fraudulently withdraw funds from victim customer accounts.

9. The vast majority of ATM skimming devices found in Irvine since March 2021 have been installed on Bank of America ATMs.

IPD Detective Ricci Observes BILEA and POPESCU Installing An ATM Skimming Device on November 16, 2021

10. On November 16, 2021, IPD Detective M. Ricci was conducting surveillance in his unmarked IPD vehicle at the Bank of America branch located at 3881 Alton Parkway in Irvine, California, within the Central District of California. Based on the IPD's ongoing investigation, Detective Ricci knew that this particular Bank of America branch had previously been targeted for installation of ATM skimming devices. The branch has two sets of exterior doors: one set for the banking area, and one set for the ATM vestibule area. There are two ATMs in the vestibule area.

11. At approximately 6:50 a.m., Detective Ricci saw two male subjects (later identified as BILEA and POPESCU) walk up to the exterior doors for the ATM vestibule area and enter into the area.

12. Detective Ricci drove his vehicle to the area in front of the ATM vestibule and saw BILEA standing next to one of the ATMs. At the same time, POPESCU was standing in front of the other ATM and appeared to be tampering with the right side of the ATM where the key pad is located. Based on my training and experience, I know that criminals involved in ATM skimming often work in teams, with one or more people acting as a "lookout" while another individual installs the ATM skimming device and camera on the target ATM.

13. After approximately two minutes, BILEA and POPESCU exited the ATM vestibule area and separated from one another. BILEA walked south through the parking lot, while POPESCU stayed in front of the Bank of America branch and began using his cell phone. A short time later, BILEA returned and BILEA and POPESCU began walking west toward other stores in the shopping complex.

14. Based on his observations of BILEA and POPESCU, Detective Ricci suspected that BILEA and POPESCU had been installing an ATM skimmer device on one of the ATMs. Detective Ricci, along with IPD Officers Nigg and Hastings, detained BILEA and POPESCU pending further investigation.

15. The officers requested that POPESCU and BILEA provide identification. POPESCU presented an identification card from the Czech Republic with the name ADRIAN POPESCU and a date of

birth of 8/15/1994. BILEA did not provide any identification at that time.

16. While Officers Nigg and Hastings continued to detain POPESCU and BILEA, Detective Ricci went to the ATM vestibule area. Detective Ricci located a small, plastic covered camera that had been installed adjacent to the keypad on the ATM that POPESCU had previously been tampering with.

17. Based on POPESCU and BILEA's behavior, as well as the pinhole camera he located on the ATM, Detective Ricci arrested POPESCU and BILEA and transported them to the IPD. During the booking process, BILEA provided an identification card from Italy with the name ARTURO PANCINI and a date of birth of May 19, 1986.

18. Based on my training and experience, I know that individuals involved in access device fraud often use aliases and false identification cards to avoid detection. Based on that, as well as the fact that the foreign identification cards that BILEA and POPESCU had provided were of low quality, Detective Ricci suspected the identification cards were counterfeit.

19. Detective Ricci provided photographs of POPESCU and BILEA to the Department of Homeland Security ("DHS") in order to identify them. Representatives from Customs and Border Patrol ("CBP") determined that the photograph of BILEA matched photographs in CBP's possession of IONUT DANIEL BILEA, a Hungarian national with a date of birth of October 9, 1986. I have reviewed the photographs of BILEA from CBP and believe that

they do in fact show the individual arrested by IPD this morning.[1]

20. On November 16, 2021, Bank of America representatives provided security camera footage from the ATM vestibule from the time that POPESCU was tampering with the ATM to IPD Investigator Sarah Voigt. Investigator Voigt reviewed the footage and saw POPESCU appear to place a device onto a metal shim and insert it into the ATM's card reader slot.

21. A Bank of America ATM technician later inspected the same ATM and found a device that had been inserted into the card reader slot of the ATM. I have reviewed photographs of the device, which appears to be a thin metal plate with a magnetic strip that is connected by a small wire to a microchip. Based on my training and experience, the device is consistent with an ATM skimming device, also known as a card reader.

---

[1] CBP was not able to positively identify POPESCU, but did note that the photograph that was provided of POPESCU was consistent with an individual who had presented a counterfeit Slovakian passport and identification card to Customs and Border Patrol in Memphis, Tennessee in April 2020.

## IV. CONCLUSION

22. For all the reasons described above, there is probable cause to believe that IONUT DANIEL BILEA, a.k.a. ARTURO PANCINI, and ADRIAN POPESCU violated Title 18, United States Code, Section 1029(a)(4) (possession of access device making equipment).

/s/
_____
PAMELA SCHWARTZ, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on this 17th day of November 2021.

*Karen E. Scott*
_____
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE